**United States District Court**
**District of Massachusetts (Boston)** CA 05 303ML
**CIVIL DOCKET FOR CASE #: 1:04-cv-12491-NMG**
**Internal Use Only**

Handrigan v. Travis & Natalie, Inc.
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:1333 Admiralty

Date Filed: 11/24/2004
Jury Demand: Defendant
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

**Plaintiff**

**Michael B. Handrigan**

represented by **David B. Kaplan**
The Kaplan/Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
617-261-0080
Fax: 617-261-1558
Email: DKaplan@Kaplanbond.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify on 7-8-05 that the foregoing document is true and correct copy of the
☒ electronic docket in the captioned case
☐ electronically filed original filed on ______
☐ original filed in my office on ______
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Elizabeth E. Elft
Deputy Clerk

V.

**Defendant**

**Travis & Natalie, Inc.**
*Owner of F/V Travis & Natalie*

represented by **J. Renn Olenn**
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886
401-737-3700
Fax: 401-737-5499
Email: jro@olenn-penza.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2004 | 1 | COMPLAINT against Travis & Natalie, Inc. Filing fee: , filed by Michael B. Handrigan. (Attachments: # 1 Civil Cover Sheet)(Barrette, Mark) (Entered: 11/29/2004) |
| 11/24/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Barrette, Mark) (Entered: 11/29/2004) |
| 11/24/2004 | | Summons Issued as to Travis & Natalie, Inc. (Barrette, Mark) (Entered: 11/29/2004) |

| | | |
|---|---|---|
| 11/24/2004 | 2 | Seaman's AFFIDAVIT of David B. Kaplan by Michael B. Handrigan. (Barrette, Mark) (Entered: 11/29/2004) |
| 12/23/2004 | 3 | SUMMONS Returned Executed Travis & Natalie, Inc. served on 12/8/2004, answer due 12/28/2004. (Nicewicz, Craig) (Entered: 12/28/2004) |
| 12/27/2004 | 4 | ANSWER to Complaint with Jury Demand by Travis & Natalie, Inc.. (Nicewicz, Craig) (Entered: 12/28/2004) |
| 02/01/2005 | 5 | MOTION to Transfer Venue Pursuant to 28 USC 1404(a) by Travis & Natalie, Inc. (Attachments: # 1 Affidavit of Frederick J. Mattera) (Barrette, Mark) (Entered: 02/02/2005) |
| 02/01/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Transfer Case filed by Travis & Natalie, Inc. (Barrette, Mark) (Entered: 02/02/2005) |
| 02/15/2005 | 7 | MEMORANDUM in Opposition re 5 MOTION to Transfer Case filed by Michael B. Handrigan. (Kaplan, David) (Entered: 02/15/2005) |
| 02/23/2005 | 8 | NOTICE of Scheduling Conference Scheduling Conference set for 5/5/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 02/23/2005) |
| 04/20/2005 | | Counsel should be prepared to argue motion to transfer venue 5 at the 5/5/05 3:00 p.m. scheduling conference being held in BOSTON. (Nicewicz, Craig) (Entered: 04/20/2005) |
| 05/02/2005 | 9 | JOINT SUBMISSION pursuant to Local Rule 16.1 *and Joint Certification Pursuant to Local Rule 16.1(D)(3)* by Michael B. Handrigan.(Kaplan, David) (Entered: 05/02/2005) |
| 05/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Scheduling Conference held on 5/5/2005. Litmited discovery, 3 hours depositions owner of vessel by 6/5/06, any other pleadings on motion to change venue 6/15/05, responses 6/29/05. Pretrial conference 5/11/06 at 3:00 p.m., jury trial 6/5/06 at 9:00 a.m. Scheduling Order to issue. (Nicewicz, Craig) (Entered: 05/19/2005) |
| 05/10/2005 | 10 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Michael B. Handrigan.(Kaplan, David) (Entered: 05/10/2005) |
| 05/12/2005 | 11 | CERTIFICATION pursuant to Local Rule 16.1 by Travis & Natalie, Inc.. (Elefther, Elizabeth) (Entered: 05/17/2005) |
| 05/19/2005 | 12 | Judge Nathaniel M. Gorton : Electronic ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 5/11/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Jury Trial set for 6/5/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. See Order for details.(Nicewicz, Craig) (Entered: 05/19/2005) |
| 06/15/2005 | 13 | Supplemental Opposition re 5 MOTION to Transfer Case filed by Michael B. Handrigan. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Kaplan, David) (Entered: 06/15/2005) |
| | | |

| | | |
|---|---|---|
| 06/16/2005 | 14 | Supplemental MEMORANDUM OF LAW in Support of 5 MOTION to Transfer Case by Travis & Natalie, Inc. (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 06/28/2005 | 15 | First ADDENDUM re 5 MOTION to Transfer Case filed by Michael B. Handrigan. (Kaplan, David) (Entered: 06/28/2005) |
| 07/06/2005 | 16 | Objection to 15 Addendum to Motion/Memorandum. (Elefther, Elizabeth) (Entered: 07/06/2005) |
| 07/07/2005 | 17 | Judge Nathaniel M. Gorton : ORDER entered granting 5 Motion to Transfer Case. "Plaintiff has requested oral argument but, under the circumstances, that request is Denied." (Elefther, Elizabeth) (Entered: 07/08/2005) |