JRO:CLI:ljc 37168 \pleading\37168MTCAnswers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL B. HANDRIGAN | : | |
| | : | |
| VS. | : | C.A. NO. 05-303ML |
| | : | |
| TRAVIS & NATALIE, INC., | : | |
| Owner of F/V TRAVIS & NATALIE | : | |

# DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Now comes the defendant, Travis & Natalie, Inc., owner of *F/V Travis & Natalie*, and hereby moves to compel answers to interrogatories propounded to the plaintiff, Michael B. Handrigan, on July 29, 2005, on or before twenty (20) days from the date of the Court Order. In support hereof, your defendant states that the plaintiff has not filed his answers in timely compliance with Federal Rule of Civil Procedure 33. A copy of the original interrogatories propounded are attached hereto.

No memorandum is required pursuant to local Rule 12(a)(1).

DEFENDANT,
By its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within on 3.14.06 to:

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

JRO:CLI:kap 37168 pleading\37168irrogs1.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL B. HANDRIGAN | : | |
| | : | |
| vs. | : | C.A. NO. 05-303ML |
| | : | |
| TRAVIS & NATALIE, INC., | : | |
| Owner of F/V TRAVIS & NATALIE | : | |

**DEFENDANT'S FIRST SET OF INTERROGATORIES PROPOUNDED TO THE PLAINTIFF**

The defendant requests the plaintiff to provide answers to the following interrogatories on or before thirty (30) days from the date hereof. These interrogatories shall be deemed to be continuing up to the time of trial so as to require supplemental answers if additional facts or additional information become available.

1. Please state your name, social security number, present address, date of birth, and your present employer, occupation, and business address, and describe how you came to be employed upon defendant's vessel.

2. As to each medical practitioner who has examined or treated you for any of the injuries, symptoms, ailments, or pains which you claim resulted from the accident or incident, please state the name, address and specialty of each medical practitioner, the date of each examination or treatment, the physical, mental or emotional condition for which each examination or treatment was performed, the cost of such examination and to whom the bill was submitted.

3. If you are still under the care of any provider, including those providers identified in answer to Interrogatory No. 2, please state the name and address of each practitioner and the nature of each condition for which care is being rendered.

4. Please state the name and address of each medical provider who examined or treated you for any mental or physical condition during the five (5) year period immediately before the date of the incident, as well as for any injury or condition subsequent to the incident, and describe the conditions or complaints for which each examination or treatment was performed, the name and address of the health care provider, and the date of each examination or treatment performed.

5. If you claim you have and/or in the future will sustain any monetary loss or any other expenses or damages as a result of the permanent injuries or disability as a result of this incident, please state the reason why the loss will be incurred, the amount of the loss, and the method by which you arrived at the amount of the loss. Include in your answer any time lost from gainful employment, and itemize the amount of time lost and the monetary compensation or loss you claim to have

sustained.

6. List each job or position of employment, including self-employment, held by you for the five (5) years before the incident, the year in which the incident occurred and each subsequent year to the present, stating the name and address of your employer and the date of commencement, date of termination of employment, and earnings for each year employed.

7. Regarding each expert witness whom you expect to testify at trial, please state:

(a) The full name and address of each and every such expert witnesses;

(b) The subject matter on which each such expert may be expected to testify;

(c) The substance of all facts to which any such expert is expected to testify;

(d) The contents of all opinions to which each expert is expected to testify; and

(e) A summary of the grounds for each opinion to which each such expert is expected to testify.

8. Please state the exact hour and date your injury occurred and describe the exact location where your injury occurred by giving the distance and direction to at least three (3) fixed objects in the same area, and please describe in complete detail precisely how your accident occurred, describing the particular tasks or actions you were performing at the time of your injuries and whether you were acting pursuant to any orders.

9. If you claim that the weather played any part in the happening of your alleged injury, please describe the weather conditions at the time of your injury and for the hour prior to your injury, including but not limited to wind speed and direction, sea state and direction and precipitation.

10. If you claim that the defendant's vessel was defective, please describe the specific defects of the parts of the vessel and/or its equipment concerned and the manner in which these alleged conditions caused your injury.

11. If you claim that any of the defendant's personnel and/or agents and/or fellow employee(s) failed to exercise reasonable care, please describe the name, title or other identification of the personnel concerned and the act or omission of the above described personnel which caused your injury.

12. If you claim that your injury was caused by an unseaworthy condition of the ship or its equipment, please describe the unseaworthy condition, state when you first noticed this condition and how long it existed prior to your injury.

13. Please identify by name and present or last known address, those persons whom you believe were witnesses to the incident or the condition which you allege caused your injury, including those persons who were present at the place where the incident occurred either shortly before or shortly after the incident, and specify which will be called to testify at trial.

14. If you have ever asserted a claim for damages or for compensation of personal injuries, please state the date of injury, the nature of the injury, the amount of damages or compensation received, and the names and addresses of each person or organization against whom a claim was made or from whom payments were received.

15. Please state each and every fact, in detail, upon which you base your allegations as contained in the complaint that you are entitled to payment of maintenance, including, but not limited to, the nature of the injury or illness, the actual expenditures made by you for maintenance, the duration of any maintenance paid and outstanding, and further state each and every fact in detail upon which you base your allegations as contained in the complaint that the defendant wilfully refused and/or failed to pay maintenance.

16. State whether you or anyone acting on your behalf is in possession of any statement by the defendant or by any employee or representative of defendant regarding the accident or the circumstances surrounding the same, when each statement was made, whether oral or written, and if written, whether signed or unsigned, identifying the person by name and address who gave each statement and the name and address of each person who took each statement, as well as the name and address of each person who is in possession, custody or control of each written statement.

17. If you have ever been convicted of or pleaded guilty to a crime, or been formerly charged with the commission of a crime, state with relation to each such conviction plea of guilty or charge, the name and address of the court, the name and address of the prosecuting attorney, the nature of the crime, the name and address of your attorney, the sentence received, the name and location of prison or jail where the sentence was served, and the beginning and termination dates of time served under prison or jail sentence.

18. State the address of each place lived at the time or times you served aboard the vessel, up to the present, and state who you lived with at each place. Describe the nature of your accommodations aboard the vessel and identify each document, witness, or other proof of actual expense paid by you to replicate your accommodations aboard the vessel.

19. State whether you have pleaded guilty or nolo, been convicted of, or had a sentence imposed because of any criminal offense in any state, including traffic violations, and as to each of the above, state the charge, date, court and disposition.

20. If you have ever pleaded guilty, sanctioned, fined or had any other penalty levied against you by or on behalf any government agency, so state; and for each such fine levy or sanction, identify the infraction, the date of the infraction, identify the board or body levying the sanction fine

or other penalty and state further you have complied with the sanction, fine or penalty and state the purpose and include all the particulars given by the body for levying the sanction fine or penalty against you to include the address and identify members of the body.

DEFENDANTS,
By their Attorney,

J. Renn Olenn

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on July 29, 2005 to:

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Kendra Pascucci