UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL HANDRIGAN
Plaintiff(s)

v. Dkt. No. CA 05-303ML

TRAVIS & NATALIE,INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ MICHAEL HANDRIGAN hereby moves that BRAIN M. KEANE be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

4/5/06

(Plaintiff/~~Defendant~~)

By: Lawrence L. Goldberg, Esq.
Bar ID No.: 1491
Address: 92 Jefferson Blvd.
Warwick, RI 02888

DATED: April 5, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Brian M Keane by permission

Signature of *Pro Hac Vice* Applicant

Brian M. Keane (MA) 656717

Print Name State Bar ID #

THE KAPLAN/BOND GROUP

Firm Name

88 Black Falcon Avenue, Suite 301

Business Address

Boston, MA 02210

(617) 261-0080 (617) 261-1558

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature] 4/5/06

Signature of Local Counsel

Lawrence L. Goldberg 1491

Print Name R.I. Bar ID #

92 Jefferson Blvd.

Firm and Business Address

Warwick, RI 02888

Tel. # (401) 941-5770 Fax # (401) 781-2434

**ORDER**

This motion is hereby ______________________

______________________

District Judge

Date:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL HANDRIGAN, Plaintiff, | * | CIVIL ACTION NO. CA 05-303ML |
| vs. | * | |
| TRAVIS & NATALIE, INC. Defendant. | * | |

## GROUNDS FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Plaintiff, Michael Handrigan hereby moves that Brian M. Keane, Esquire, be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ This case involves the following complex area of the law, in which pro hac vice counsel specializes: Maritime/Admiralty
- ☐ Pro hac vice counsel's long-standing representation of the client:
- ☐ __________
- ☐ The local trial bar lacks experience in the field of:
- ☐ __________
- ☐ The local trial bar lacks experience in the field of:
- ☐ __________
- ☐ This case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:
- ☐ __________
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: __________
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: __________

(Plaintiff/~~Defendant~~)

By: [signature] 4/5/06
Lawrence L. Goldberg, Esq. (# 1491)
Attorney for Michael Handrigan
92 Jefferson Boulevard
Warwick, RI 02888

DATED: 4-5-06