JRO:CLI:ljc 37168 \pleading\37168MTCAnswers

FILED
MAR 1 6 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL B. HANDRIGAN | : | |
| | : | |
| VS. | : | C.A. NO. 05-303ML |
| | : | |
| TRAVIS & NATALIE, INC., | : | |
| Owner of F/V TRAVIS & NATALIE | : | |

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the defendant, Travis & Natalie, Inc., owner of *F/V Travis & Natalie*, and hereby moves to compel answers to interrogatories propounded to the plaintiff, Michael B. Handrigan, on July 29, 2005, on or before twenty (20) days from the date of the Court Order. In support hereof, your defendant states that the plaintiff has not filed his answers in timely compliance with Federal Rule of Civil Procedure 33. A copy of the original interrogatories propounded are attached hereto.

No memorandum is required pursuant to local Rule 12(a)(1).

DEFENDANT,
By its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 4/6/06

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within on 3.14.06 to:

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210