**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL HANDRIGAN** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **CA No.: 05-303ML** |
| | : | |
| **TRAVIS & NATALIE, INC.** | : | |
| **Defendant** | : | |
| | : | |

**ENTRY OF APPEARANCE**

I, Lawrence L. Goldberg, Esquire, hereby enter my appearance as local counsel on behalf of the plaintiff, Michael Handrigan.

Michael Handrigan,
By his Attorney,

4/10/06

Lawrence L. Goldberg, Esq. (#1491)
92 Jefferson Blvd.
Warwick, Rhode Island 02888
(401)941-5770

**CERTIFICATION**

I hereby certify that on this 10th day of April, 2006, I mailed a true copy of the within Entry of Appearance, first class pre-paid postage to J. Renn Olenn, Esq., Olenn & Penza, 530 Greenwich Avenue, Warwick, Rhode Island 02886.