6/8

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MICHAEL HANDRIGAN

V.

TRAVIS AND NATALIE, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-303 ML

TO: Edward Coughlan
10 Felucca Street
Jamestown, RI 02835

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Lawrence L. Goldberg Law Associates, 92 Jefferson Blvd., Warwick, RI 02888 | 06/20/2006; 11 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Atty for Pl | June 6, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Lawrence L. Goldberg, Esq., 92 Jefferson Blvd., Warwick, RI; (401) 941-5770

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

#43.00 #6106

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6/10/06 | 10 Fellaca St. Jamestown R.I. |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Edward Coughlin 6/10/06 | | |
| SERVED BY (PRINT NAME) | | TITLE |
| Thomas Noury<br>41 N. Elmore Ave.<br>P.O. Box 114026<br>North Providence, RI 02911 | | Personally To witness |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/10/06
DATE

SIGNATURE OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

ADDRESS OF SERVER