CLI:mes 37168 \pleading\37168mextend.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL B. HANDRIGAN | : | |
| | : | |
| VS. | : | C.A. NO. 05-303ML |
| | : | |
| TRAVIS & NATALIE, INC., | : | |
| Owner of F/V TRAVIS & NATALIE | : | |

**JOINT MOTION TO EXTEND DISCOVERY CLOSURE**

Now come the parties in the above-entitled action and hereby request this Court to extend the time that discovery may be conducted from December 15, 2006, to February 28, 2007. The parties rely on the attached memorandum of law in support of this motion.

PLAINTIFF
By his Attorneys,

/s/ Brian M. Keane
Brian Keane, Esq.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
PHONE: (617) 261-0080
FAX: (617) 261-1558

/s/ Lawrence L Goldberg
Lawrence L. Goldberg, Esq.
92 Jefferson Boulevard
Warwick, RI 02888
PHONE: (401) 941-5770
FAX: (401) 781-2434

DEFENDANT,
By itsAttorney,

/s/ J. Renn Olenn

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Brian Keane, Esq.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Lawrence L. Goldberg, Esq.
92 Jefferson Boulevard
Warwick, RI 02888

/s/ J. Renn Olenn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL B. HANDRIGAN | : | |
| | : | |
| VS. | : | C.A. NO. 05-303ML |
| | : | |
| TRAVIS & NATALIE, INC., | : | |
| Owner of F/V TRAVIS & NATALIE | : | |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY CLOSURE**

By pre-trial order, the Honorable Mary M. Lisi ordered the following deadlines:

1. Discovery is to be closed on December 15, 2006;
2. Plaintiff shall make its expert witness disclosures by September 1, 2006;
3. Defendant shall make its expert witness disclosures by October 15, 2006;
4. Dispositive motions are to be filed by December 29, 2006; and
5. Pre-trial memos are to be filed by January 29, 2007.

The parties jointly request an extension of the discovery closure date to February 28, 2007, due: to the unavailability of a material witness, Peter Tutko, for a deposition; as well as difficulties in deposing the parties who are often called to sea; and a pending motion for a court excusal filed by Attorney J. Renn Olenn for the time period of December 20, 2006 through and including January 31, 2007 (Exhibit A attached hereto).

Accordingly, the parties seek an extension of the discovery disclosure date through and including February 28, 2007, in order to serve and depose a material witness, Peter Tutko.

Respectfully submitted,
PLAINTIFF
By his Attorneys,

/s/ Brian M. Keane
Brian Keane, Esq.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

PHONE: (617) 261-0080
FAX: (617) 261-1558

/s/ Lawrence L Goldberg
Lawrence L. Goldberg, Esq.
92 Jefferson Boulevard
Warwick, RI 02888
PHONE: (401) 941-5770
FAX: (401) 781-2434

DEFENDANT,
By itsAttorney,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Brian Keane, Esq.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Lawrence L. Goldberg, Esq.
92 Jefferson Boulevard
Warwick, RI 02888

/s/ J. Renn Olenn