JRO:mes 5018/6 ..\pleadings\jropetif.ple

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: J. Renn Olenn, Esquire

**PETITION FOR EXCUSAL**

Now comes the petitioner, J. Renn Olenn, and requests that he be excused from any and all appearances in the Rhode Island Federal District Court for the periods of time set forth below:

1. Time: December 20, 2006 through and including January 31, 2007.
2. Reason: Vacation
3. Cases Pending: *Traudt v. Huntress, Inc.*, C.A. No. 03-241L
   *Handrigan v. Travis & Natalie, Inc.*, C.A. No. 05-303ML
   *Doyle, et al v. Relentless, et al*, C.A. No. 01-409L
4. All Counsel of Record: See attached certification.

J. Renn Olenn, Esq. #0623
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886
Phone: (401) 737-3700
Fax: (401) 737-5499

APPROVED:

ERNEST C. TORRES, Chief Judge

MARY LISI, Judge

WILLIAM E. SMITH, Judge

RONALD R. LAGUEUX, Senior Judge

EXHIBIT A

**CERTIFICATION**

I hereby certify that I sent a true copy of the within on 11/15/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

David B. Kaplan, Esq.
The Kaplan / Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, RI 02888

Maureen E. Sundis
_______________________