JRO:mes 37168 \pleading\37168dismissal.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL B. HANDRIGAN | : | |
| | : | |
| VS. | : | C.A. NO. 05-303ML |
| | : | |
| TRAVIS & NATALIE, INC., | : | |
| Owner of F/V TRAVIS & NATALIE | : | |

**DISMISSAL STIPULATION**

The above matter is dismissed with prejudice, no interest, no costs.

/s/ Lawrence L. Goldberg
Lawrence L. Goldberg, Esq. #1491
Local Counsel for Plaintiff
92 Jefferson Blvd.
Warwick, RI 02888
PHONE: (401) 941-5770
FAX: (401) 781-2434

/s/ David B. Kaplan
David B. Kaplan, Esq.
Attorney for Plaintiff
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
PHONE: (617) 261-0080
FAX: (617) 261-1558

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
Attorney for Defendant
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: February 6, 2007